UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EDWARD ALLAN WATTS
and LINDSAY LOPEZ                                                                                       PLAINTIFFS

v.                                    No. 2:22-CV-02081

U.S. DEPARTMENT OF JUSTICE OFFICE
OF THE INSPECTOR GENERAL, et al.                                                            DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 6) from Chief United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to object has passed. The Magistrate Judge recommends the Court dismiss Plaintiffs' case without prejudice for failure to allege sufficient facts to state a cognizable claim to relief that is plausible on its face. The Magistrate Judge further recommends Plaintiffs' motions (Docs. 3 and 4) be dismissed as moot. The Court has reviewed the record and the report and recommendation, which contains no error and is ADOPTED in its entirety. Pursuant to 28 U.S.C. § 1915(a)(3), no certificate of appealability shall issue.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. The pending motions (Docs. 3 and 4) are TERMINATED AS MOOT. Judgment will be entered separately.

IT IS SO ORDERED this 6th day of June, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE