UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EDWARD ALLAN WATTS and
LINDSAY LOPEZ                                                                                            PLAINTIFFS

v.                                   No. 2:22-CV-02081

U.S. DEPARTMENT OF JUSTICE OFFICE
OF THE INSPECTOR GENERAL, et al.                                                        DEFENDANTS

## OPINION AND ORDER

Before the Court is Plaintiffs' second motion (Doc. 12) to reconsider the Court's order (Doc. 7) which adopted in full the report and recommendations prepared by Chief United States Magistrate Judge Mark E. Ford and dismissed Plaintiffs' case without prejudice. For the reasons stated in the Court's previous order (Doc. 11), Plaintiffs' motion is denied.

IT IS THEREFORE ORDERED that Plaintiffs' motion (Doc. 9) for reconsideration is DENIED.

IT IS SO ORDERED this 28th day of June, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE